IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01315-RBJ-MEH

KELLY L. PAIZ,

    Plaintiff,

v.

JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation, and
JACKSON NATIONAL LIFE DISTRIBUTORS, LLC, a Delaware corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2011.**

    The Stipulated Motion for Protective Entry of Protective Order [filed October 20, 2011; docket #26] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.